AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Justin G WEILER<br><br>Defendant(s) | Case No. 2:22-mj-81 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 12, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Possession of a firearm after a domestic violence conviction |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

S. Chappell ATF TFO
Printed name and title

Sworn to before me and signed in my presence. VIA FACETIME

Date: 2/9/2022

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge
Judge's signature

City and state: Columbus Ohio

US Magistrate Judge
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Justin G WEILER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Justin G WEILER for knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(9) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that Justin G WEILER committed this offence.

4. On or about January 12, 2022, at approx. 7:59 p.m. uniformed CPD officers were dispatched to 529 Sawyer Blvd. on a report of a person with a gun. The caller advised that her boyfriend Justin WEILER assaulted her, pointed a gun at her, and threatened to kill her.

5. Once at scene officers observed WEILER exiting apartment 911. Officers ordered WEILER to continue exiting the apartment. WEILER took several steps back and hid behind the door to apartment 911. Officers heard something metal drop to the floor. After brief standoff officers were able to take custody of WEILER. Once inside of the apartment officers observed a loaded Taurus G2C 9mm pistol 1C037644 near the door.

6. Officers spoke with the victim who stated that WEILER hit her in the head and pointed a gun at her and told her he was going to kill her. Officers observed swelling on the victim's face. Officers arrested WEILER for domestic violence.

7. Justin G WEILER was prohibited from possession of a firearm based upon having been previously convicted of the following crime of domestic violence:

    a. Franklin County Ohio Municipal Court Case 2010CRB026916 for domestic violence.

8. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by WEILER on or about January 12, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Justin G WEILER**

9. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

10. Based on this information, your affiant believes probable cause exists that WEILER knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, Taurus G2C 9mm pistol 1C037644 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(9) and 924(a)(2).

*[signature]*
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of February 9, 2022 at 3:05 pm, Columbus, Ohio.

U.S. MAGISTRATE JUDGE
*[signature]*
Elizabeth A. Preston Deavers
United States Magistrate Judge

Elizabeth A. Preston Deavers
United States Magistrate Judge